**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6546**

_____

PAULUS IRVIN PERKINS,

          Plaintiff - Appellant,

    v.

BRYAN WATSON, Warden; A. P. HARVEY, Assistant Warden; OFFICER
HENSLEY; A. KILBOURNE, Lieutenant; SERGEANT SCHLUBOOM; OFFICER
COX; MAJOR J. COMBS; DOCTOR JONES; MS. STRAWBERRY; P.
SCARBERRY,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (7:07-cv-00526-jct-mfu)

_____

Submitted:  August 14, 2008      Decided:  August 20, 2008

_____

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Paulus Irvin Perkins, Appellant Pro Se.  William W. Muse, Assistant
Attorney General, Richmond, Virginia; Rosalie Fessier, TIMBERLAKE,
SMITH, THOMAS & MOSES, PC, Staunton, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paulus Irvin Perkins appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Perkins v. Watson</u>, No. 7:07-cv-00526-jct-mfu (W.D. Va. Mar. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>